# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

_____

IN RE:
RONALD R. PERRY                     CASE NO.: 17-03950-5-JNC
JEANNIE G. PERRY
 Debtors                            CHAPTER 7

_____

## CERTIFICATE OF SERVICE

_____

      I, Richard L. Cannon, III, of the law firm of Law Solutions Chicago, PLLC, certify:

      That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

      That on August 17, 2017, I served the Statement of Intention and Notice of Bankruptcy on the creditors set forth below by first class/certified mail pursuant to Local Rule 1007-3(a).

      I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2017          /S/Richard L. Cannon, III
                                      RICHARD L. CANNON, III
                                      Law Solutions Chicago, PLLC
                                      Attorney for Debtor
                                      N.C. State Bar No.: 10825
                                      300 East Arlington Blvd., Suite 5
                                      Post Office Drawer 8425
                                      Greenville, NC 27835
                                      Telephone: (252) 355-2010
                                      Facsimile: (252) 355-2994
                                      Email: rlc3@prodigy.net

RECEIPIENTS
Name and Address of Recipient(s), and type of service (CM/ECF, U.S. Mail or Certified)

Stephen L. Beaman
Chapter 7 Trustee
(By: CM/ECF)

Mr. & Mrs. Ronal Perry
4108 Kittrell Farms Dr., Q-6
Greenville, NC 27858
(By: U.S. Mail)

Autotrakk, LLC
Attn: Managing Agent/Officer
1500 Sycamore Rd., Ste. 200
Montoursville PA 17754
(By: U.S. Mail)

Key West Financial
Attn: Managing Agent/Officer
8827 W. Marlboro Rd.
Farmville NC 27828
(By: U.S. Mail)

Prudential Retirement
Attn: Managing Agent/Officer
P.O. Box 8000
Millville NJ 08332
 (By: U.S. Mail)

Santander Consumer USA
Attn: Managing Agent/Officer
P.O. Box 961275
Fort Worth TX 76161
(By: U.S. Mail)

State Employees' Credit Union
Attn: Managing Agent/Officer
P.O. Box 27963
Raleigh NC 27611
(By: U.S.Mail)

Value Max Used Cars
Attn: Manging Agent/Officer
2620 S. Memorial Dr.
Greenville NC 27834
(By:U.S. Mail)

Pro Fitness 24-7 and Tanning
1913 E Fire Tower Road #E
Greenville NC 27858
(By: U.S. Mail)

Suddenlink
Attn: Officer/Managing Agent
P.O. Box 742507
Cincinnati OH 45274
(By: U.S. Mail)

Tyre Property Management
308-A Greenville Blvd. SE
Greenville NC 27858
(By: U.S. Mail)

US Cellular
Attn: Managing Agent/Officer
P.O. Box 7835
Madison WI 53707
(By: U.S. Mail)